

2017R00195

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2018 JUL 18 PM 2: 44

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | CRIMINAL NO. RDB-18-0382 |
| v. | * | (Attempted Coercion and Enticement, 18 U.S.C. § 2422(b); Distribution of |
| CHRISTIAN MOYLAN | * | Child Pornography, 18 U.S.C. |
| | * | § 2252A(a)(2)(A) and (b)(1)); Possession |
| Defendant. | * | of Child Pornography, 18 U.S.C. |
| | * | § 2252A(a)(5)(B) and (b)(2)) |

**********

## INDICTMENT

### COUNT ONE
### (Attempted Coercion and Enticement)

The Grand Jury for the District of Maryland charges that:

Between on or about June 26, 2014 and September 2, 2014, in the District of Maryland and elsewhere, the defendant,

**CHRISTIAN MOYLAN,**

did use any facility of interstate and foreign commerce, to knowingly persuade, induce, entice and coerce, and attempt to persuade, induce, entice and coerce any individual who had not attained the age of 18 years, to engage in any sexual activity for which any person could be charged with a criminal offense.

18 U.S.C. § 2422(b)

1

## COUNT TWO
### (Distribution of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about December 7, 2016, in the District of Maryland and elsewhere, the defendant,

### CHRISTIAN MOYLAN,

knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit: **MOYLAN** used Skype account "melissa.e534" to distribute "b6ef6f1d-9a1a-41a7-8618-8358adcf2fbe.jpg," a visual depiction of a prepubescent female engaged in sexually explicit activity, to another Skype user.

18 U.S.C. § 2252A(a)(2)(A) and (b)(1)

## COUNT THREE
### (Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about January 31, 2017, in the District of Maryland and elsewhere, the defendant,

**CHRISTIAN MOYLAN,**

did knowingly possess any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), which image had been shipped and transported using any means or facility of interstate and foreign commerce and in and effecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit: visual depictions of prepubescent females engaged in sexually explicit activity on Apple IMAC, model A1419, SN# D25QM128GQ17, including:

| FILENAME |
| --- |
| Users\lucidkat\Library\Application Support\Freenet\downloads (video file titled May & Danica) |
| Users\lucidkat\Pictures\ddd (video file titled 2010 5yo kathie Making Poop and Pee) |
| Users\lucidkat\Pictures\ddd (video file titled anal bead experience complete) |
| Users\lucidkat\Pictures\new\russian family\000912.jpg |
| Users\lucidkat\Pictures\ddd\action\2\087.jpg |
| Users\lucidkat\Pictures\new\Fabiana(The girl which would always be desirable) pics\misc\bj\PICT0007.jpg |
| Users\lucidkat\Pictures\untitled folder\untitled folder 2\untitled folder\untitled folder 2\FC22\DSC00602.jpg |

18 U.S.C. § 2252A(a)(5)(B) and (b)(2)

_Robert K. Hur /cld_
Robert K. Hur
United States Attorney

A TRUE BILL

**SIGNATURE REDACTED**
FOREPERSON

_July 18, 2018_
Date

3